UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: GUZMAN-IRIZARRY, MARJORIE | § | Case No. 07-73080 |
| | § | |
| GUZMAN, MARJORIE | § | |
| Debtors | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that STEPHEN G. BALSLEY, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications.

| | |
|---|---|
| The Final Report shows receipts of | $ 2,614.25 |
| and approved disbursements of | $ 0.00 |
| leaving a balance of | $ 2,614.25 |

Claims of secured creditors will be paid as follows:

| Claimant | Proposed Payment |
|---|---|
| N/A | |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | | Fees | Expenses |
|---|---|---|---|
| Trustee | Stephen G. Balsley | $ 653.56 | $ |
| Attorney for trustee | Stephen G. Balsley | $ 1,000.00 | $ |
| Appraiser | | $ | $ |
| Auctioneer | | $ | $ |
| Accountant | | $ | $ |
| Special Attorney for trustee | | $ | $ |
| Charges, | U.S. Bankruptcy Court | $ | $ |
| Fees, | United States Trustee | $ | $ |
| Other | | $ | $ |

**UST Form 101-7-NFR (4/1/2009)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Fees | Expenses |
|---|---|---|
| Attorney for debtor | $ | $ |
| Attorney for | $ | $ |
| Accountant for | $ | $ |
| Appraiser for | $ | $ |
| Other | $ | $ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | N/A | | |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 646.74 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 1 | YESS 3, LLC/St. Vincent Manhattan Hospital | $ 646.74 | $ 646.74 |

**UST Form 101-7-NFR (4/1/2009)**

Late filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 2 | Dona S. Lowrimore, Esq. | $ 1,983.56 | $ 313.95 |

Subordinated unsecured claims for fines, penalties, and forfeitures are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | N/A | | |

The amount of surplus returned to the debtor after payment of all claims and interest is $0.00.

**UST Form 101-7-NFR (4/1/2009)**

The trustee's Final Report and all applications for compensation are available for inspection at the Office of the Clerk, U.S. Bankruptcy Court:
211 South Court Street
Room 110
Rockford, IL 61101

Any person wishing to object to any fee application or the Final Report, must file a written objection within 20 days of the date of this notice, together with a request for a hearing and serve a copy of both upon the trustee, any party whose application is being challenged and the United States Trustee. If no objections are filed, the Court will act on the fee applications and the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

If local court rules so require, the following procedure for objecting must be followed:

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days of the date of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:30am on 08/26/2009 in Courtroom 115, United States Courthouse,
211 South Court Street
Room 115
Rockford, IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date: 07/28/2009     By: /s/STEPHEN G. BALSLEY
                              Trustee

STEPHEN G. BALSLEY
6833 STALTER DRIVE
ROCKFORD, IL 61108

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-NFR (4/1/2009)

# CERTIFICATE OF NOTICE

```
District/off: 0752-3          User: lorsmith              Page 1 of 1                  Date Rcvd: Jul 29, 2009
Case: 07-73080                Form ID: pdf006             Total Noticed: 19

The following entities were noticed by first class mail on Jul 31, 2009.
db           +Marjorie Guzman-Irizarry,    1479 White Oak Lane,    Woodstock, IL 60098-6413
aty          +Richard T Jones,   138 Cass Street,    Woodstock, IL 60098-3254
tr           +Stephen G Balsley,    Barrick, Switzer, Long, Balsley, etal,    6833 Stalter Drive,
               Rockford, IL 61108-2579
11823893      AAMS,    4300 Mills Civic Pkwy,    W. Des Moines, IA 50265
11823894     +American Collections,    919 Estes Court,    Schaumburg, IL 60193-4436
11823896     +Bank of America,    c/o Law Offices of Ira Nevel,    175 North Franklin, #201,
               Chicago, IL 60606-1847
11823895     +Bank of America,    475 Cross Point Pkwy, Box 9000,    Getzville, NY 14068-1609
11823897      Best Buy/HRS USA,    Post Office Box 17298,    Baltimore, MD 21297-1298
11983204     +Bloomingdales,    c/o Van Ru credit,    1350 E Touhy Ave #100E,    Des Plaines IL 60018-3337
11979756     +CB USA Sears,    POB 6189,    Sioux Falls, SD 57117-6189
11979757     +Chase Card Service,    POB 15129,    Wilmington, DE 19850-5129
11823898     +Dona Lowrimore,    Attorney at Law,    130 1/2 Cass Street,    Woodstock, IL 60098-3254
11979758     +HSBC Card Services,    POB 21460,    Tulsa, OK 74121-1460
11823900      MHS Physicians,    Post Office Box 5081,    Janesville, WI 53547-5081
11823899     +McHenry County Collector,    2200 North Seminary Avenue,    Woodstock, IL 60098-2698
11823901     +Michael Poper,    Attorney at Law,    130 Cass Street,    Woodstock, IL 60098-3254
11823902     +NY State Higher Ed. Serv. Corp.,    99 Washington Avenue,    Albany, NY 12255-0001
11823903     +Villas at Bull Valley,    Home Owners Assoc.,    1311 Boulder Court,    Woodstock, IL 60098-6410

The following entities were noticed by electronic transmission on Jul 30, 2009.
12379091     +E-mail/PDF: rmscedi@recoverycorp.com Jul 30 2009 04:27:44
               Recovery Management Systems Corporation,    For YESSG 3, LLC,
               As Assignee of ST VINCENT MANHATTAN HOSP,    25 SE 2nd Avenue, Suite 1120,    Miami FL 33131-1605
                                                                                              TOTAL: 1

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*         +Stephen G Balsley,    Barrick, Switzer, Long, Balsley, etal,    6833 Stalter Drive,
               Rockford, IL 61108-2579
                                                                                              TOTALS: 0, * 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 31, 2009**           **Signature:** _Joseph Speetjens_