# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### WESTERN DIVISION

| | | |
|---|---|---|
| In re: GUZMAN-IRIZARRY, MARJORIE | § | Case No. 07-73080 |
| | § | |
| GUZMAN, MARJORIE | § | |
| Debtor(s) | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

STEPHEN G. BALSLEY, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $41,057.00 | Assets Exempt: $18,821.00 |
| Total Distribution to Claimants: $960.69 | Claims Discharged Without Payment: $7,655.81 |
| Total Expenses of Administration: $1,653.56 | |

3) Total gross receipts of $ 2,614.25 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $2,614.25 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (9/1/2009)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from Exhibit 3) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from Exhibit 4) | 0.00 | 1,653.56 | 1,653.56 | 1,653.56 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from Exhibit 5) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from Exhibit 6) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from Exhibit 7) | 5,986.20 | 2,630.30 | 2,630.30 | 960.69 |
| **TOTAL DISBURSEMENTS** | $5,986.20 | $4,283.86 | $4,283.86 | $2,614.25 |

4) This case was originally filed under Chapter 7 on December 19, 2007. The case was pending for 20 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 09/09/2009       By: /s/STEPHEN G. BALSLEY
                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (9/1/2009)**

## EXHIBIT 4 — CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Stephen G. Balsley | 2100-000 | N/A | 653.56 | 653.56 | 653.56 |
| Stephen G. Balsley | 3110-000 | N/A | 1,000.00 | 1,000.00 | 1,000.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | N/A | 1,653.56 | 1,653.56 | 1,653.56 |

## EXHIBIT 5 — PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | N/A | 0.00 | 0.00 | 0.00 |

## EXHIBIT 6 — PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | 0.00 | 0.00 | 0.00 | 0.00 |

## EXHIBIT 7 — GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| YESS 3, LLC/St. Vincent Manhattan Hospital | 7100-000 | N/A | 646.74 | 646.74 | 646.74 |
| Dona S. Lowrimore, Esq. | 7200-000 | N/A | 1,983.56 | 1,983.56 | 313.95 |
| Chase Card Service | 7100-000 | 548.67 | N/A | N/A | 0.00 |
| CB USA Sears | 7100-000 | 3,324.63 | N/A | N/A | 0.00 |

UST Form 101-7-TDR (9/1/2009)

| | | | | | |
|---|---|---|---|---|---|
| HSBC Card Services | 7100-000 | 9.90 | N/A | N/A | 0.00 |
| AAMS | 7100-000 | 181.00 | N/A | N/A | 0.00 |
| Bank of America | 7100-000 | unknown | N/A | N/A | 0.00 |
| American Collections | 7100-000 | 1,922.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | 5,986.20 | 2,630.30 | 2,630.30 | 960.69 |

UST Form 101-7-TDR (9/1/2009)

Exhibit 8

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

Case Number: 07-73080
Case Name: GUZMAN-IRIZARRY, MARJORIE

Period Ending: 09/09/09

Trustee: (330410) STEPHEN G. BALSLEY
Filed (f) or Converted (c): 12/19/07 (f)
§341(a) Meeting Date: 01/17/08
Claims Bar Date: 07/24/08

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Checking account - Chase Bank | 500.00 | 0.00 | DA | 0.00 | FA |
| 2 | Checking account - McHenry County Federal CU | 100.00 | 0.00 | DA | 0.00 | FA |
| 3 | Savings account - McHenry County Federal CU | 700.00 | 0.00 | DA | 0.00 | FA |
| 4 | Household goods and furnishings | 2,000.00 | 0.00 | DA | 0.00 | FA |
| 5 | Clothing | 300.00 | 0.00 | DA | 0.00 | FA |
| 6 | Jewelry | 25.00 | 0.00 | DA | 0.00 | FA |
| 7 | Pension - TRS | 12,000.00 | 0.00 | DA | 0.00 | FA |
| 8 | Child support arrearage | 3,496.00 | 0.00 | DA | 0.00 | FA |
| 9 | Computer | 200.00 | 0.00 | DA | 0.00 | FA |
| 10 | 2007 income tax refund (IRS) (u) | 2,415.00 | 4,315.00 | OA | 2,415.00 | FA |
| 11 | 2007 income tax refund (IL Dept. Revenue) (u) | 198.00 | 198.00 | | 198.00 | FA |
| 12 | Checking account | 500.00 | 500.00 | DA | 0.00 | FA |
| 13 | PChecking account Co. Federal CU | 100.00 | 100.00 | DA | 0.00 | FA |
| 14 | 31Savings account Co. Federal Credit Union | 700.00 | 700.00 | DA | 0.00 | FA |
| 15 | Miscellaneous household goods and furnishings vi | 2,000.00 | 2,000.00 | DA | 0.00 | FA |
| 16 | Necessary wearing apparel possession | 300.00 | 300.00 | DA | 0.00 | FA |
| 17 | Miscellaneous jewelry Debtor's possession | 25.00 | 25.00 | DA | 0.00 | FA |
| 18 | TRS | 12,000.00 | 12,000.00 | DA | 0.00 | FA |
| 19 | Child support arrearage settlement to which the | 3,496.00 | 3,496.00 | DA | 0.00 | FA |
| 20 | Computer Debtor's possession | 200.00 | 200.00 | DA | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 1.25 | FA |
| 21 | Assets    Totals (Excluding unknown values) | $41,255.00 | $23,834.00 | | $2,614.25 | $0.00 |

Major Activities Affecting Case Closing:

Exhibit 8

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 2

Case Number: 07-73080  
Case Name: GUZMAN-IRIZARRY, MARJORIE  
Period Ending: 09/09/09

Trustee: (330410) STEPHEN G. BALSLEY  
Filed (f) or Converted (c): 12/19/07 (f)  
§341(a) Meeting Date: 01/17/08  
Claims Bar Date: 07/24/08

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled And Unscheduled (u) Property) Ref. # | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) DA=§554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

Initial Projected Date Of Final Report (TFR): August 31, 2008  
Current Projected Date Of Final Report (TFR): June 5, 2009 (Actual)

Printed: 09/09/2009 10:29 AM    V.11.50

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| Case Number: | 07-73080 | | Trustee: | STEPHEN G. BALSLEY (330410) |
| Case Name: | GUZMAN-IRIZARRY, MARJORIE | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****67-65 - Money Market Account |
| Taxpayer ID #: | 61-6363963 | | Blanket Bond: | $1,500,000.00 (per case limit) |
| Period Ending: | 09/09/09 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 09/19/08 | {10} | United States Treasury | Income tax refund | 1224-000 | 2,415.00 | | 2,415.00 |
| 09/19/08 | {11} | Treasurer of the State of Illinois | Income tax refund | 1224-000 | 198.00 | | 2,613.00 |
| 09/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 0.08 | | 2,613.08 |
| 10/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1200% | 1270-000 | 0.28 | | 2,613.36 |
| 11/28/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1000% | 1270-000 | 0.20 | | 2,613.56 |
| 12/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.18 | | 2,613.74 |
| 01/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.10 | | 2,613.84 |
| 02/27/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.09 | | 2,613.93 |
| 03/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.11 | | 2,614.04 |
| 04/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.10 | | 2,614.14 |
| 05/29/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.10 | | 2,614.24 |
| 06/04/09 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | 0.01 | | 2,614.25 |
| 06/04/09 | | To Account #*********6766 | Transfer funds from MMA to checking account | 9999-000 | | 2,614.25 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| ACCOUNT TOTALS | | 2,614.25 | 2,614.25 | $0.00 |
| Less: Bank Transfers | | 0.00 | 2,614.25 | |
| Subtotal | | 2,614.25 | 0.00 | |
| Less: Payments to Debtors | | | 0.00 | |
| NET Receipts / Disbursements | | $2,614.25 | $0.00 | |

{} Asset reference(s)  Printed: 09/09/2009 10:29 AM  V.11.50

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| Case Number: | 07-73080 | | Trustee: | STEPHEN G. BALSLEY (330410) |
|---|---|---|---|---|
| Case Name: | GUZMAN-IRIZARRY, MARJORIE | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****67-66 - Checking Account |
| Taxpayer ID #: | 61-6363963 | | Blanket Bond: | $1,500,000.00 (per case limit) |
| Period Ending: | 09/09/09 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 06/04/09 | | From Account #*********6765 | Transfer funds from MMA to checking account | 9999-000 | 2,614.25 | | 2,614.25 |
| 08/26/09 | 101 | Stephen G. Balsley | Dividend paid 100.00% on $653.56, Trustee Compensation; Reference: | 2100-000 | | 653.56 | 1,960.69 |
| 08/26/09 | 102 | Stephen G. Balsley | Dividend paid 100.00% on $1,000.00, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 1,000.00 | 960.69 |
| 08/26/09 | 103 | YESS 3, LLC/St. Vincent Manhattan Hospital | Dividend paid 100.00% on $646.74; Claim# 1; Filed: $646.74; Reference: 2299 | 7100-000 | | 646.74 | 313.95 |
| 08/26/09 | 104 | Dona S. Lowrimore, Esq. | Dividend paid 15.82% on $1,983.56; Claim# 2; Filed: $1,983.56; Reference: 370 | 7200-000 | | 313.95 | 0.00 |

| | | | |
|---|---|---|---|
| ACCOUNT TOTALS | | 2,614.25 | 2,614.25 | $0.00 |
| Less: Bank Transfers | | 2,614.25 | 0.00 | |
| Subtotal | | 0.00 | 2,614.25 | |
| Less: Payments to Debtors | | | 0.00 | |
| NET Receipts / Disbursements | | $0.00 | $2,614.25 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # ***-*****67-65 | 2,614.25 | 0.00 | 0.00 |
| Checking # ***-*****67-66 | 0.00 | 2,614.25 | 0.00 |
| | $2,614.25 | $2,614.25 | $0.00 |

{} Asset reference(s)                                                          Printed: 09/09/2009 10:29 AM   V.11.50

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 —GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT RECEIVED |
|---|---|---|
| 2007 income tax refund (IRS) | 1224-000 | 2,415.00 |
| 2007 income tax refund (IL Dept. Revenue) | 1224-000 | 198.00 |
| Interest Income | 1270-000 | 1.25 |
| **TOTAL GROSS RECEIPTS** | | **$2,614.25** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 —FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | N/A | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

### EXHIBIT 3 —SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| | | N/A | | | |
| **TOTAL SECURED CLAIMS** | | $0.00 | $0.00 | $0.00 | $0.00 |

UST Form 101-7-TDR (9/1/2009)

# JPMorganChase

JPMorgan Chase Bank, N.A.
Bankruptcy Management Services
4 New York Plaza
New York, NY 10004

August 01, 2009 through August 31, 2009
Account Number: **000312207916766**

## CUSTOMER SERVICE INFORMATION

Service Center: 1-800-634-5273

00018125 DBI 802 24 24409 - NNNNN  1 000000000 60 0000
07-73080 GUZMAN-IRIZARRY MARJORIE
DEBTOR
330410 STEPHEN BALSLEY TRUSTEE
BRANCH 312, 4 NYP, 17TH FLOOR
NEW YORK NY 10004



## CHECKING SUMMARY
Bankruptcy Business Checking

|  | INSTANCES | AMOUNT |
|---|---|---|
| Beginning Balance |  | $2,614.25 |
| Checks Paid | 4 | - 2,614.25 |
| Ending Balance | 4 | $0.00 |

## CHECKS PAID

| CHECK NUMBER | DATE PAID | AMOUNT |
|---|---|---|
| 101 | 08/28 | $653.56 |
| 102 | 08/28 | 1,000.00 |
| 103 | 08/31 | 646.74 |
| 104 | 08/28 | 313.95 |
| **Total Checks Paid** |  | **$2,614.25** |

## DAILY ENDING BALANCE

| DATE | AMOUNT |
|---|---|
| 08/28 | $646.74 |
| 08/31 | 0.00 |